In re Petition of the Reymann Brewing Company, a Corporation of Wheeling, West Virginia, for a Wholesale Liquor License in Pennsylvania.

Argued May 5, 1898. Appeal, No. 6, April T., 1899, by Reymann Brewing Co., from decree of Q. S. Allegheny Co., March Sess., 1898, No. 180, refusing application for a wholesale liquor license. Before RICE, P. J., WICKHAM, BEAVER, REEDER, ORLADY, SMITH and PORTER, JJ. Affirmed.

*S. A. Will*, with him *Lev. McQuistion*, for appellant.

*N. S. Williams*, county solicitor, et amicus curiæ.

OPINION BY SMITH, J., July 29, 1898 :

All the material questions arising in this case have been suffi-
ciently discussed in an opinion of this court filed in the case
entered to No. 7, April term, 1899, and need not be repeated
here.   For the reasons there given the decree of the court below
in this case is affirmed. (Ante, p. 141.)